IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

BILAL SALEH, *individually and on
behalf of a class of others similarly situated*

    Plaintiff,

        v.                              Case No. Case 0:17-cv-62416-MGC

CRUNCH, LLC a Delaware limited liability
company; CRUNCH FRANCHISING, LLC,
a Delaware limited liability company; and DELIU,
LLC, a Delaware limited liability company, doing
business as "Crunch Fitness Oakland Park"
Company;

    Defendants.
_____/

**DEFENDANT DELIU LLC'S NOTICE OF JOINDER IN DEFENDANT CRUNCH, LLC
AND CRUNCH FRANCHISING LLC'S MOTION TO STAY PROCEEDINGS PENDING
A DECISION BY THE NINTH CIRCUIT COURT OF APPEALS**

Defendant, Deliu, LLC ("Deliu"), by its undersigned counsel, hereby files this Notice of Joinder[1] in Defendants, Crunch LLC and Crunch Franchising ("Crunch Defendants"), LLC's Motion for Stay of Proceedings Pending a Decision by the Ninth Circuit Court of Appeals (ECF No. 35), and states as follows:

Deliu joins in and adopts the arguments asserted in the Crunch Defendants' Motion for Stay of Proceedings Pending a Decision by the Ninth Circuit Court of Appeals, and requests that the Court grant their motion and stay the proceedings in this matter pending a decision by the Ninth Circuit Court of Appeals.

---

[1] To the extent that this Court believes that a Motion for Joinder is the proper device to effectuate such joinder, Deliu requests that this Notice of Joinder be construed as such, s*ee Hoy v. Sandals Resorts Int'l, Ltd.*, 2013 WL 6385019, at n.1 (S.D. Fla. Dec. 6, 2013), and Deliu incorporates the arguments made by the Crunch Defendants in the motion to stay by reference.

1

Respectfully submitted,

**BLANK ROME LLP**
*Counsel for Defendant Deliu, LLC, a Delaware limited liability company, doing business as "Crunch Fitness Oakland Park" Company*
500 E. Broward Blvd., Suite 2100
Ft. Lauderdale, FL 33394
Telephone: 954-512-1811
Facsimile: 954-512-1818

 */s/ Alen H. Hsu*
ALEN H. HSU
Florida Bar No.: 62495
AHsu@BlankRome.com
BRFLeservice@BlankRome.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** on this 7th day of February, 2018, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document will be served upon all parties requesting electronic notice.

*/s/ Alen H. Hsu*
ALEN H. HSU