UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:17-cv-62416-MGC/HUNT

BILAL SALEH, individually and on behalf
of all others similarly situated,

    Plaintiff,

v.

CRUNCH, LLC, a Delaware limited liability company; CRUNCH FRANCHISING, LLC, a Delaware limited liability company; and DELIU, LLC, a Delaware limited liability company, doing business as "Crunch Fitness Oakland Park,"

    Defendants.

_____/

## ORDER

THIS CAUSE is before the Court upon Movant, Blank Rome LLP's Unopposed Motion for Withdrawal as Counsel of Record. This Court having reviewed the Motion and the Court being otherwise duly advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that:

Movant Blank Rome LLP's Unopposed Motion for Withdrawal as Counsel of Record is GRANTED. The law firm of Blank Rome LLP, including its associate, Alen H. Hsu, Esq., is relieved of any further responsibility as counsel of record in this action.

Defendant Deliu, LLC, shall have until April 19, 2018, to obtain new counsel. Deliu, LLC is hereby on notice that failure to obtain new counsel by that time may result in sanctions. All further pleadings, orders, notices, correspondence and communication shall be directed to

Deliu, LLC
c/o Marc Delisle, managing member
4801 Peregrine Point Circle West
Sarasota, FL 34231

with a copy to David K. Markarian, Esq., Markarian & Hayes, 2925 PGA Blvd., Suite 204, Palm Beach Gardens, FL 33410, (e-mail: dave@businessmindedlawfirm.com).

Blank Rome LLP shall serve a copy of this Order on Deliu, LLC, and the law firm of Markarian & Hayes by e-mail within twenty-four (24) hours of this Order.

**DONE AND ORDERED** at Fort Lauderdale, Florida this 5th day of April, 2018.

_____
PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

*Copies furnished to:*
All Parties and Counsel of Record

Deliu, LLC,
c/o Marc Delisle, managing member
4801 Peregrine Point Circle West
Sarasota, FL 34231

Copy by e-mail only to:
David K. Markarian, Esq., Markarian & Hayes
(e-mail: dave@businessmindedlawfirm.com).