UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-62416-Civ-COOKE/HUNT

BILAL SALEH, individually and on
behalf of a class of others similarly
situated,

    Plaintiff,

vs.

CRUNCH, LLC, a Delaware limited
liability company, CRUNCH
FRANCHISING, LLC, a Delaware
limited liability company and DELIU,
LLC, a Delaware limited liability
company doing business as Crunch
Fitness Oakland Park,

    Defendants.
_____/

**ORDER GRANTING IN PART AND DENYING IN PART
RENEWED JOINT MOTION TO AMEND SCHEDULING ORDER**

THIS CAUSE comes before me on the Parties' Renewed Joint Motion to Amend the Scheduling Order (ECF No. 55). Being fully advised, it is **ORDERED AND ADJUDGED** that the Motion is **GRANTED** *in part* and **DENIED** *in part*.

The Order Setting Civil Trial Date and Pretrial Deadlines (ECF No. 23), entered in this action on January 4, 2018, is hereby **AMENDED** as follows:

This case shall be set for trial on the Court's two-week trial period commencing **Tuesday, November 13, 2018, at 9:30 a.m.**, before the undersigned United States District Judge at the Federal Courthouse, Courtroom 11-2, 400 North Miami Avenue, Miami, Florida. Calendar Call shall be held on **Wednesday, November 7, 2018, at 3:00 p.m.**, at the same location. The parties shall adhere to the following schedule:

| **EVENT** | **NEW DEADLINE** |
|---|---|
| All <u>fact</u> discovery must be completed | **July 2, 2018** |

1

| | |
|---|---|
| Plaintiff must furnish expert witness list to Defendant, along with the summaries/reports required by Local Rule 16.1(k). | **June 14, 2018** |
| All dispositive pretrial motions and memoranda of law must be filed. | **July 2, 2018** |
| Defendant must furnish expert witness list to Plaintiff, along with the summaries/reports required by Local Rule 16.1(k). | **July 16, 2018** |
| Mediation must be completed. | **July 31, 2018** |
| All expert discovery <u>must</u> be completed. | **August 31, 2018** |
| All *Daubert* motions and accompanying memoranda of law must be filed. | **September 14, 2018** |
| (a) Joint Pretrial Stipulation must be filed;<br>(b) A Joint Summary of the parties' Motion(s) in Limine must be <u>separately filed</u>. | **October 2, 2018** |
| (a) Final Proposed jury instructions and verdict form must be filed;<br>(b) A trial witness list indicating each witness who will testify at trial, a one sentence synopsis of the testimony, and in consultation with opposing counsel, indicate the amount of time needed for direct and cross examination;<br>(c) A list of witnesses with some identifying information (address or place of employment) to provide to jury; and<br>(d) Proposed *voir dire* questions specific to the case<br>(e) Any proposed deposition designations, cross-designations, and objections therein. | **October 15, 2018** |

**DONE and ORDERED** in chambers, at Miami, Florida, this 1ST day of May 2018.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Patrick M. Hunt, U.S. Magistrate Judge*
*Counsel of record*