UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-62416-Civ-COOKE/HUNT

BILAL SALEH, individually
and on behalf of a class of others
similarly situated,

    Plaintiff,

vs.

CRUNCH, LLC, a Delaware
limited liability company,
CRUNCH FRANCHISING, LLC,
a Delaware limited liability company,
and DELIU, LLC, a Delaware limited
liability company doing business as
Crunch Fitness Oakland Park,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

    THIS MATTER comes before me on U.S. Magistrate Judge Patrick M. Hunt's Report and Recommendation (ECF No. 92) regarding Defendants' Joint Verified Motion for Attorneys' Fees and Other Non-Taxable Litigation Costs (ECF No. 79). Defendants' Motion was referred to Judge Hunt pursuant to 28 U.S.C. § 636(b)(1)(A). *See* ECF No. 86. Defendants have timely filed their Objections to Judge Hunt's Report and Recommendation. *See* ECF No. 93.

    Judge Hunt recommends that Defendants' Joint Verified Motion for Attorneys' Fees and Other Non-Taxable Litigation Costs (ECF No. 79) be denied. After reviewing the Motion, Judge Hunt's Report and Recommendation, Defendants' Objections and the relevant legal authorities, as well as conducting a *de novo* review of the record, I find Judge Hunt's Report and Recommendation to be clear, cogent and compelling.

    Accordingly, this Court **AFFIRMS and ADOPTS** Judge Hunt's Report and Recommendation (ECF No. 92). The Court **DENIES** Defendants' Joint Verified Motion for Attorneys' Fees and Other Non-Taxable Litigation Costs (ECF No. 79).

**DONE and ORDERED** in Chambers, at Miami, Florida, this 16th day of January 2019.

*[signature: Marcia G. Cooke]*

MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Patrick M. Hunt, U.S. Magistrate Judge*
*Counsel of Record*